[No. 8492–5–I.   Division One.   April 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. HERMAN CLARENCE BREWER III, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–1–01274–9, George H. Revelle, J., entered February 22, 1980. *Affirmed in part* and *remanded* by unpublished opinion per Durham, J., concurred in by Andersen, C.J., and Ringold, J.


[No. 9995–7–I.   Division One.   April 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY TYRONE JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–04834–8, Richard M. Ishikawa, J., entered March 2, 1981. *Affirmed* by unpublished opinion per James, J., concurred in by Ringold and Corbett, JJ.


[No. 9774–1–I.   Division One.   April 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JON W. THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–02606–9, David C. Hunter, J., entered January 5, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Ringold and Corbett, JJ.